USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                      :
ROYCE CORLEY,                            :
                                                      :
                           Plaintiff(s),    :            1:14-cv-3202-GHW
                                                      :
             -against-                  :            MEMORANDUM OPINION
                                                      :                    AND ORDER
CITY OF NEW YORK and          :
WARDEN EDMOND DUFFY,      :
                                                        :
                           Defendant(s).    :
                                                        :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        On November 13, 2014, defendants filed a Notice of a Motion to Dismiss without an accompanying memorandum of law. Defendants are directed to file an accompanying memorandum of law and any other supporting papers forthwith. In addition, defendants are reminded to comply with the Court's Individual Rule 2(C) in the future, which requires a party to request a pre-motion conference concerning an anticipated motion to dismiss.

        SO ORDERED.

Dated: November 14, 2014
         New York, New York

                                                       _____
                                                            GREGORY H. WOODS
                                                         United States District Judge