```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                      :

ROYCE CORLEY,                                        :

                                Plaintiff(s),    :              1:14-cv-3202-GHW

                                                      :

          -against-                    :           MEMORANDUM OPINION
                                                      :                  AND ORDER

CITY OF NEW YORK and                    :
WARDEN EDMOND DUFFY,            :

                                Defendant(s).  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On November 13, 2014, defendants filed a Notice of a Motion to Dismiss with an accompanying memorandum of law.  Plaintiff's opposition to the motion to dismiss is due by December 8, 2014.  Defendants' reply, if any, is due by December 15, 2014.

      SO ORDERED.

Dated: November 17, 2014
       New York, New York

                                                             GREGORY H. WOODS
                                                          United States District Judge